UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

EDWARD F.,

Plaintiff,

3:25-CV-0374
(GTS/MJK)

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---

| APPEARANCES: | OF COUNSEL: |
| --- | --- |
| HILLER COMERFORD INJURY & DISABILITY LAW<br>*Counsel for Plaintiff*<br>6000 North Bailey Avenue, Suite 1a<br>Amherst, New York 14226 | IDA COMERFORD, ESQ.<br>JEANNE E. MURRAY, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF GENERAL COUNSEL<br>*Counsel for Defendant*<br>6401 Security Boulevard<br>Baltimore, Maryland 21235 | HUGH DUNN RAPPAPORT, ESQ. |

HON. GLENN T. SUDDABY, United States District Judge

**DECISION and ORDER**

The above matter comes to this Court following a Report-Recommendation by United States Magistrate Judge Mitchell J. Katz, filed on April 29, 2026, recommending that (1) the Commissioner's motion for judgment on the pleadings be granted, (2) Plaintiff's motion for judgment on the pleadings be denied, and (3) the Commissioner's decision denying disability benefits be affirmed. (Dkt. No. 19.) Objections to the Report-Recommendation have not been filed and the time in which to do so has expired. (*See generally* Docket Sheet.)

After carefully reviewing all of the papers herein, including Magistrate Judge Katz's

thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation.[1] Magistrate Judge Katz generally employed the proper legal standards, accurately recited the facts, and correctly applied the law to those facts. (Dkt. No. 19.) The Court does respectfully disagree with Magistrate Judge Katz's finding that ALJ failed to perform a supportability analysis related to Dr. Crocket's opinion. The ALJ specifically noted that "Dr. Crocket's physical examination findings included some findings that would be indicative of functional loss" supportive of her opinion, but ultimately the ALJ found the opinion to be unpersuasive based on inconsistencies with the other evidence in the record. (Dkt. No. 9, Attach. 2, at 29.) The ALJ therefore explicitly assessed the supportability factor (seemingly in favor of a finding of persuasiveness), but concluded that the inconsistencies between that opinion and the rest of the record evidence outweighed any support found within Dr. Crocket's physical examination findings such that the opinion was deemed to be unpersuasive. Under these circumstances, there was no error in the ALJ's assessment of the relevant factors. As a result, the Court rejects that portion of the Report-Recommendation wherein it was found that the ALJ failed to properly consider the supportability factor (a failure which Magistrate Judge Katz found to be harmless error), but otherwise the remainder of the Report-Recommendation is accepted and adopted. Plaintiff's motion for judgment on the pleadings is denied, the Commissioner's

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear-error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a clear-error review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).

motion for judgment on the pleadings is granted, and the Commissioner's decision is affirmed.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Katz's Report-Recommendation (Dkt. No. 19) is **REJECTED in part** and **ACCEPTED** and **ADOPTED in part** as discussed above; and it is further

**ORDERED** that the Commissioner's motion for judgment on the pleadings (Dkt. No. 15) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 11) is **DENIED**; and it is further

**ORDERED** that the Commissioner's decision denying disability benefits is **AFFIRMED**.

Dated: September 3, 2026
Syracuse, New York

HON. GLENN T. SUDDABY
United States District Judge